WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'05 MAY 18 11:24USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**WAYNE SCOTT,**　　　　　　　　　　　　　　CV # 03-1515-CO

　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

　　Defendant.

---

Attorney fees in the amount of $5,250.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 18th day of May, 2005.

　　　　　　　　　　　　　　　　　_/s/ Michael C. Hogan_
　　　　　　　　　　　　　　　　　United States District Judge

Submitted on May 17, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1